Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888

*Attorneys for Defendant, Lucky Top Inc. d/b/a*
*Hey Dude Shoes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANUMALO TUINAMALA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LUCKY TOP INC., a foreign corporation,<br>d/b/a HEY DUDE SHOES,<br><br>Defendant. | Case No.: 2:24-cv-01783-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Lucky Top Inc. d/b/a Hey Dude Shoes ("Defendant") and Plaintiff Manumalo Tuinamala ("Plaintiff"), by and though their undersigned counsel, hereby requests a fourteen-day extension of time, up to an including, December 5, 2024 for Defendant to file its response to Plaintiff's Complaint (ECF. No. 1). The present deadline for Defendant to files its response is November 21, 2024. This is the parties' first request for an extension of time for Defendant to file its response.

The parties have stipulated to the extension of time for the following reasons:

1.      Defendant just recently learned of service of process, and it needs time conduct an initiate assessment of the complaint and an appropriate response.

2.      This request for time was made in good faith and not for purposes of delay.

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

For the foregoing reasons, the parties respectfully request a fourteen-day extension of time up to and including December 5, 2024, for Defendant to file its response to Plaintiffs' Complaint.

DATED this 12th day of November, 2024.

HATFIELD & ASSOCIATES, LTD.

/s/ Trevor J. Hatfield/

Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff,*
*Manumalo Tuinamala*

DATED this 12th day of November, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kathryn C. Newman

Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Boulevard, Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant,*
*Lucky Top Inc. d/b/a Hey Dude Shoes*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

11/13/2024
DATED

86542097.v1-OGLETREE