Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Hey Dude, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUMALO TUINAMALA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LUCKY TOP INC., a foreign corporation, d/b/a HEY DUDE SHOES,<br><br>Defendant. | Case No.:  2:24-cv-01783-CDS-BNW<br><br>**JOINT NOTICE PLAINTIFF'S COMPLAINT FALLS UNDER ONE OR MORE STATUTES LISTED UNDER LR 16-6(a) AND REQUEST FOR EARLY NEUTRAL EVALUATION ASSIGNMENT AND SETTING** |

Plaintiff Manumalo Tuinamala ("Plaintiff") and Defendant Hey Dude, Inc.[1] ("Defendant") by and through their respective attorneys of record, hereby submit this Joint Notice Plaintiff's Complaint Falls Under One or More Statutes Listed Under LR 16-6(a) and Request for Early Neutral Evaluation Assignment and Setting ("Joint Notice), per LR16-6(b).

Plaintiff filed his Complaint on September 23, 2024 (ECF No. 1).  Therein, Plaintiff alleges Discrimination under Federal Anti-Discrimination Statutes in Violation of Title VII of the Civil Rights Act of 1964, As Amended (First Cause of Action), and a similar Violation of Nevada Statutory Provisions (Second Cause of Action), namely, NRS 613.330.  Plaintiff is alleging that he was retaliated against because he is Native Hawaiian/Pacific Islander, and that he was retaliated against after making a complaint of race-based discrimination.

---

[1] Defendant Hey Dude, Inc. was incorrectly identified as "Lucky Top Inc. d/b/a Hey Dude Shoes" in the Complaint.

Defendant filed its Answer on December 5, 2024 (ECF No. 10).

The Court granted the parties Discovery Plan and Scheduling Order on December 23, 2024 (ECF No. 14).

LR 16-6(a) mandates that "All employment-discrimination actions filed in this court must undergo early neutral evaluation as defined by this rule." This includes actions filed under Title VII. When an action is not automatically assigned to the Early Neutral Evaluation Program, any party may file notice stating that the action falls under one or more of the statutes listed in LR 16-6.

The parties are filing this Joint Notice to alert the Court that Plaintiff's Complaint contains claims that fall under LR 16-6(a). The parties further jointly request an Early Neutral Evaluation assignment and setting at the Court's convenience.

Respectfully Submitted:

DATED this 11th day of February, 2025.

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*
Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 11th day of February, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant, Sunbelt Rentals, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

2/12/2025
DATED

**IT IS FURTHER ORDERED** that this case is referred to the Clerk of Court for random assignment of an Early Neutral Evaluation judge.

-2-