Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Hey Dude, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANUMALO TUINAMALA, an individual,<br><br>                   Plaintiff<br><br>vs.<br><br>LUCKY TOP INC., a foreign corporation, d/b/a HEY DUDE SHOES,<br><br>                   Defendant | Case No.:  2:24-cv-01783-CDS-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 25] |

Plaintiff Manumalo Tuinamala ("Plaintiff") and Defendant Hey Dude, Inc.[1] ("Defendant") by and through their respective attorneys of record, hereby stipulate that all claims Plaintiff had or may have had against Defendants that are contained in, are reasonably related to or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

///

///

///

---

[1] Defendant Hey Dude, Inc. was incorrectly identified as "Lucky Top Inc. d/b/a Hey Dude Shoes" in the Complaint.

Further each party is to bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED this 1st day of July, 2025. | DATED this 1st day of July, 2025. |
| HATFIELD & ASSOCIATES, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Trevor J. Hatfield | /s/ Kathryn C. Newman |
| Trevor J. Hatfield<br>Nevada Bar No. 7373<br>703 South Eighth Street<br>Las Vegas, NV 89101 | Suzanne L. Martin<br>Nevada Bar No. 8833<br>Kathryn C. Newman<br>Nevada Bar No. 13733<br>10801 W. Charleston Blvd., Suite 500<br>Las Vegas, NV 89135 |
| *Attorneys for Plaintiff, Manumalo Tuinamala* | *Attorneys for Defendant Hey Dude, Inc.* |

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 2, 2025